IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL TAYLOR, JR.,

    *Plaintiff*,

v.                                      Case No.: 5:24cv274-MW/MJF

TERRY L. RHODES,

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 25, and has also reviewed *de novo* Plaintiff's objections, ECF No. 26. Plaintiff's objections state in conclusory fashion that he followed Rule 4(e) and mailed a copy of the summons and complaint to Defendant. However, as the Magistrate Judge notes, Plaintiff has not demonstrated how this constitutes effective service, nor has he met his burden to demonstrate that this satisfies the rules.

    Finally, Plaintiff's objections note that "if no objection I ask for a[n] appeal." ECF No. 26 at 1. Inasmuch as this Court construes Plaintiff's filing, ECF No. 26, as objections to the report and recommendation, they are not also treated as an appeal

as no appealable order has yet been entered.

   Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 25, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's action is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on February 25, 2026.**

                              s/Mark E. Walker                
                              **United States District Judge**

2